WILLIAMSON *et al.* v. ADAMS *et al.*

No. 3360.   Opinion Filed March 12, 1912.

(122 Pac. 499.)

1.   APPEAL AND ERROR—Case-Made—Service and Settling.   Same as paragraph 2 of the syllabus in **Bond et al. v. Cook et al.,** 28 Okla. 446, 114 Pac. 723.

2.   APPEAL AND ERROR—Review—Necessity for Motion for New Trial.   Same as paragraph 1 of the syllabus in **Powell et al. v. Nichols et al.,** 26 Okla. 734, 110 Pac. 762.

(Syllabus by the Court.)

*Error from District Court, Oklahoma County;*
*Geo. W. Clark, Judge.*

Proceedings on execution in favor of Louisa Adams against J. C. Williamson and another. From an order confirming a sale under the execution, defendants bring error. Dismissed.

*Morgan & Dupree,* for plaintiffs in error.

*John H. Wright* and *Clarence J. Blinn,* for defendants in error.

WILLIAMS, J. On August 1, 1911, an execution was issued out of the district court of Oklahoma county in favor of Louisa Adams, as plaintiff, against J. C. Williamson and Emma Williamson, as defendants, which was levied by the sheriff of said county upon certain real estate, and, after notice, sale was had thereon. On September 8, 1911, the plaintiffs in error, J. C. Williamson and Emma Williamson, filed a motion in the lower court to set aside said sale. On September 14, 1911, motion was filed for the sale to be confirmed. On October 28, 1911, after hearing evidence on said motion, the court entered an order confirming said sale and overruling the motion to set aside the same and all objections thereto. On October 28, 1911, motion for new trial was filed. On November 6th, motion for new trial was overruled, and fifteen days from November 1, 1911, were allowed in which to make and serve case-made. Case-made was served on November 14, 1911, and settled by the trial judge on November 22, 1911. Counsel for defendants in error have moved to dismiss this proceeding in error, on the ground that the case-made was not settled in time.

The motion is sustained. *Powell et al. v. Nichols et al.,* 26 Okla. 734, 110 Pac. 762; *Bond et al. v. Cook et al.,* 28 Okla. 446, 114 Pac. 723.

All the Justices concur.